Certified Mail #7015 0640 0005 7145 3604

Minister Toure Ali

c/o PO Box 2465

West Columbia South Carolina

# NOTICE OF REMOVAL

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT COURT OF SOUTH CAROLINA

| | |
|---|---|
| THE STATE OF SOUTH CAROLINA ) | |
| Plaintiff(s) ) | CASE NO.: 2017A3210800146 |
| ) | DEPT NO.: |
| v. ) | |
| ) | **NOTICE OF REMOVAL FOR** |
| Minister Toure Ali ) | **FEDERAL QUESTION** |
| Ex rel Tori-Keon: Thompson ) | |
| (Sui Juris) ) | |
| ) | |
| Defendant(s) ) | |

Certified Mail #7015 0640 0005 7145 3604

# TABLE OF CONTENTS

## Page 1- Caption

## Page 2 Table of Contents

## Page 3 – Caption & FEDERAL QUESTION

## Page 4 State Case Number and caption-Notary Certification

## Pages 5-6- Summary of Case/Incident – Affidavit of facts

## Pages 7-9 Memorandum of Law

## Page 9 Remedy Demand

## Page 10 Proof Of Mailing

Certified Mail #7015 0640 0005 7145 3604

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT COURT OF SOUTH CAROLINA

| | | |
|---|---|---|
| THE STATE OF SOUTH CAROLINA ) | | |
| Plaintiff(s) | ) | CASE NO.: 2017A3210800146 |
| | ) | DEPT NO.: |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL FOR** |
| Minister Toure Ali | ) | **FEDERAL QUESTION** |
| Ex rel Tori-Keon: Thompson | ) | |
| (Sui Juris, Amicus Curiae) | ) | |
| | ) | |
| Defendant(s) | ) | |

### NOTICE OF REMOVAL TO USDC FOR FEDERAL QUESTION

I, Minister Toure Ali, an Indigenous American and member of the Xi Amaru Tribal government -International Indigenous Society, an official of my tribal government
I have elected to proceed in my defense in this matter per *Haines v.Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses. My tribe has an advisory firm that will provide me with constitutional assistance of counsel via my Constitutional right.

1. **FEDERAL QUESTION;** Is the Seizure of a Native American Tribal ID by an Officer in a regular traffic stop lawful according to the 4th amendment? The Officer made a charge of false identification due to possession of my tribal Identification credentials. The credentials had nothing to do with the stop for failing to use a signal to turn. This charge of false identification led to several other charges that have violated to rights of the claimant

3

Certified Mail #7015 0640 0005 7145 3604

Notice is hereby given to all parties, agents, the court, and all interested parties that
CASE NO.: 2017A3210800146, DEPT NO.: ___ in the Justice Court, Columbia Township,
IN THE GENERAL SESSIONS COURT COUNTY OF LEXINGTON, is removed to the US DISTRICT COURT for FEDEAL QUESTION

**NOTARY CERTIFICATION**

I, Glenda Robinson, a notary public residing in ~~Richland~~ Lexington county, ~~~~ South Carolina state do state that on the 10 day of June month, 2017, that a man appearing before me in his true character, and upon proof of identity, did affix his autograph to the above Notice of Removal.

_Glenda Robinson_                               6/10/17

Notary Public                                    date

Seal:

> **GLENDA ROBINSON**
> Notary Public - State of South Carolina
> My Commission Expires May 24, 2027

4

Certified Mail #7015 0640 0005 7145 3604

## Summary of the Case/Incident

**On the day of 3-17-2017 I Toure Ali** was signaled by a sheriff in Lexington County Jason A Jones to pull over. I stopped the vehicle. He came to the car and asked for my credentials. I provided them. I was told I changed lanes and did not signal properly and was given a ticket. In the process of initiating a search the officer raised an issue with my credentials, which consisted of my tribal ID from the Xi Amaru Tribal government. I let the officer know that I am a member of the tribe in good standing. The officer stated that the ID was fake and that I could be charged with false identification. Upon asking the officer why he felt it was false he summarized in words that he had never seen it before and that I didn't look Native American. My tribe was contacted and a letter was drafted to the Sheriffs Office to return the property to the tribe. The Sheriffs Office refused and added an obstruction of justice charge to the traffic ticket and **on the day of 04-13-2017** was kidnapped without and failure to present a warrant in their attempt to make an arrest after numerous demands were made for my protection as well as security. I was held under threat duress and coercion for ransom at LCCD. Claimant rights to be informed of the cause and nature of the proceeding were denied and reserved his right to a trial by jury and started drafting this Notice of Removal. Upon notice of a hearing Claimant was forced without notice into a jury trial unprepared. The Judge used threat duress and coercion to force the trial without notice. The Jury found me guilty of false identification. I have filed an Action to Vacate and Motion for Retrial in the lower court as I had no counsel at the jury trial and was not noticed that the trial was to take place on that date and could not cross examine bring witnesses or defend myself within the bounds of the Constitutionally afforded rights.

Certified Mail #7015 0640 0005 7145 3604

# Affidavit of Facts

1.) I Toure Ali at not time possessed a false or fraudulent identification
2.) **The Xi Amaru Tribal government via its Ministry of Foreign Affairs The International Indigenous Society Abannaki Indigenous Consulate is recognized by the United States of America since 3-6-2006**
3.) **The traffic stop and ticket should have been the only charge.**
4.) **All other charges stem from the false identification charge including the obstruction of justice charge**
5.) **The state court has no personal or subject matte jurisdiction over matters bet**ween a tribe and its property. This is left to the federal government.
6.) **Once the Sheriffs department** was notified of my tribal status the IDS should have been returned to the tribe and I Toure Ali should have faced the failure to signal charge in state court.
7.) **The state court has no jurisdiction over the tribal property no jurisdiction to execute seizure or confiscation of the property. The property had no connection to the ticket charge and the seizure of the Tribal Property violates the 4th amendment of the Constitution for the United States and several statutes protecting the property of tribal governments and foreign nations.**
8.) **The arrest of Minister Toure Ali** was a false and malicious arrest as Minister Toure Ali is an official of a Foreign Government an Tribal government under the trust protection of the federal government

Certified Mail #7015 0640 0005 7145 3604

# Memorandum Laws in support of Claims

1. In respect to the charge of the false ID, Minister Toure Ali had the credentials of the Xi Amaru Tribal government. There is only one Xi Amaru tribal government, Minister Toure Ali is an official member and officer of government and there has been no attempt by the tribe to copy another tribe's credentials, thus the claim of false identification is moot. Federal law states, "USC Title – 18section 1028 (d) 3,4 [A], [B] (3) the term "identification document" means a document made or issued by or under the authority of the United States Government, a State, political subdivision of a State, *a foreign government, political subdivision of a foreign government, an international governmental or an international quasi-governmental organization which, when completed with information concerning a particular individual, is of a type intended or commonly accepted for the purpose of identification of individuals*; (4) the term "false identification document" means a document of a type intended or commonly accepted for the purposes of identification of individuals that— (A) is not issued by or under the authority of a governmental entity or was issued under the authority of a governmental entity but was subsequently altered for purposes of deceit; and (B) appears to be issued by or under the authority of the United States Government, a State, a political subdivision of a State, a foreign government, a political subdivision of a foreign government, or an international governmental or quasi-governmental organization;

2. In March 2006 the Abannaki Consulate notified the Attorney General and Department of State of the operations of our tribal government. The Documents were authenticated and signed by Secretary Condoleezza Rice. Our Tribal Government is autonomous, not a member of the BIA and is in good standing in international relations with the United States since this authentication. Our Tribe consists of Aboriginal inhabitants of North America that are also nationals of the United States performing their duties and affording them rights in both jurisdictions.

3. Protection of private property of Aboriginal Tribes and people is codified at USC Title 8 Section 1401, "§ 1401. Nationals and citizens of United States at birth **(b)** a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe: Provided, That the granting of citizenship under this subsection ***shall not in any manner impair or otherwise affect the right of such person to tribal or other property;***"

4. The actions of arrest and seizure of property appear to be extreme and unwarranted by the officer. Title 18 Ch.-45 Section 970 (a), (b), & (c) guarantee protection of our tribal officers of government *Protection of property occupied by foreign governments*. Also United States Code Title 28 Section 1609 which states, ***"Subject to existing international agreements to which the United States is a party at the time of enactment of this Act the property in the United States of a foreign state shall be immune from attachment arrest and execution"*** protects our property. Minister Toure Ali was not involved in a capital crime drug offense or any other action. He was stopped for failing to signal a lane change. So why did the author take such extreme action. And why did the officer assume Minister Toure Ali was not a Native American and that the ID 'had to be 'false'. This is discrimination of the utmost and is not the expectation of common citizens and nationals when interfacing with those who are supposed to serve and protect.

5. **TITLE 18 PART 1 CHAPTER 7 § 112 PROTECTION OF FOREIGN OFFICIALS, OFFICAL GUEST, AND INTERNATIONALLY PROTECTED PERSONS** (a) Whoever assaults, strikes, wounds, imprisons, or offers violence to a foreign official, official guest, or internationally protected person or makes any other violent attack upon the person or liberty of such person, or, if likely to endanger his person or liberty, makes a violent attack upon his official premises, private accommodation, or means of transport or attempts to commit any of the foregoing shall be fined under this title or imprisoned not more than three years, or both. Whoever in the commission of any such act uses a deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both.

Certified Mail #7015 0640 0005 7145 3604

(b) Whoever willfully—

(1) Intimidates, coerces, threatens, or harasses a foreign official or an official guest or obstructs a foreign official in the performance of his duties;

(2) Attempts to intimidate, coerce, threaten, or harass a foreign official or an official guest or obstruct a foreign official in the performance of his duties; or

(3) Within the United States and within one hundred feet of any building or premises in whole or in part owned, used, or occupied for official business or for diplomatic, consular, or residential purposes by—

(A) A foreign government, including such use as a mission to an international organization;

(B) An international organization;

(C) A foreign official; or

(D) An official guest;

Congregates with two or more other persons with intent to violate any other provision of this section;

Shall be fined under this title or imprisoned not more than six months, or both.

## REMEDY DEMAND

1) I demand the charges in this case (false identification, obstruction of justice) minus the traffic claim of illegal lane change be dismissed by this federal court.

2) I demand the tribal property be returned to the tribe or the tribal member.

3) I demand The Lexington County Sheriff Office be given a liaison in human rights to train the officers in the statutes protecting Indigenous Peoples so that their interface can be a peaceful interaction and the parties are fully educated about native American rights and responsibilities. The Xi Amaru Tribal government has human rights specialists that are able to perform the task of setting up short trainings for this or the tribe can make recommendations.

By: _____         June 10, 2017
Minister Toure Ali,                                     date
All Rights Reserved
without Recourse/Prejudice

**GLENDA ROBINSON**
Notary Public - State of South Carolina
My Commission Expires May 24, 2027

Certified Mail #7015 0640 0005 7145 3604

# Proof of Mailing

I, Minister Toure Ali Sui Juris, over the age of twenty-one years, competent with firsthand knowledge, do say that on the _____ day of June, 2017, that I did post a copy of NOTICE OF REMOVAL TO USDC FOR FEDERAL QUESTION via the US Postal Service, certified mail # 7015 0640 0005 7145 3604, return receipt requested, to the following party:

GENERAL SESSIONS COURT

205 East Street

Lexington, South Carolina 29072

By: _____
Minister Toure Ali
All Rights Reserved
Without Recourse / Prejudice

June 10, 2017
date